UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS R. MCPEEK,<br><br>       Plaintiff,<br><br>  vs.<br><br>AARON HAYNES, South Dakota Dept. of Corrections Medical Director, in his individual and official capacity; and ELIZABETH PAUL, Medical Provider at Mike Durfee State Prison, in her individual and official capacity,<br><br>       Defendants. | 4:24-CV-04056-ECS<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF** |

  Plaintiff, Travis R. McPeek, an inmate at Mike Durfee State Prison (MDSP), filed a pro se lawsuit under 42 U.S.C. § 1983. Doc. 1. McPeek timely paid the full civil complaint filing fee. McPeek alleges that Dr. Aaron Haynes, the Medical Director of the South Dakota Department of Corrections (DOC), and Elizabeth Paul, a medical provider at MDSP, violated his Eighth Amendment rights by refusing to provide pain medication an outside surgeon had prescribed following surgery to remove an umbilical hernia. Id. Defendants Aaron Haynes and Elizabeth Paul seek leave of court, in accordance with Federal Rule of Civil Procedure 30(a)(2)(B), to depose Plaintiff Travis R. McPeek. Doc. 36.

  Generally, leave of court is not required when a party seeks to take a deposition. Fed. R. Civ. P. 30(a)(1). But Federal Rule of Civil Procedure 30(a)(2)(B) provides that leave of court is required "if the deponent is confined in prison." Permitting Defendants to depose McPeek is consistent with Rule 26(b)(1) and (2). Defendants' motion for leave to depose McPeek, Doc. 36, is granted provided that Defendants arrange for the court reporter to provide to McPeek a copy of

his deposition transcript for his use during the pendency of this action. Defendants are responsible for the cost of providing to McPeek a copy of his deposition transcript. Accordingly, for good cause, it is

ORDERED that Defendants' motion for leave to depose McPeek, Doc. 36, is granted. It is further

ORDERED that Defendants must arrange for the court reporter to provide to McPeek a copy of his deposition transcript. Defendants are responsible for the cost of providing to McPeek a copy of his deposition transcript.

DATED October 14, 2025.

BY THE COURT:

*Eric Schulte*
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE